## UNITED STATES DISTRICT COURT
## IN THE DISTRICT COURT OF NEBRASKA

GREAT WEST CASUALTY COMPANY,

        Plaintiff,

v.

FFE TRANSPORTATION SERVICES, INC.,
FROZEN FOOD EXPRESS INDUSTRIES,
INC., CONWELL CORPORATION and
CONWELL, LLC,

        Defendants.

Case No. 8:12-cv-00422

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Great West Casualty Company hereby dismisses the above-captioned action filed against FFE Transportation Services, Inc., Frozen Food Express Industries, Inc., Conwell Corporation, and Conwell, LLC on December 11, 2012, without prejudice.

Dated this 29th day of January, 2013

        GREAT WEST CASUALTY COMPANY,
        Plaintiff

By/s/ *Victoria H. Buter*
    Patrick B. Griffin #18072
    Victoria H. Buter #23841
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    Telephone: (402) 346-6000
    Facsimile:  (402) 346-1148
    patrick.griffin@kutakrock.com
    vicki.buter@kutakrock.com

4850-7228-7250.1